| | |
|---|---|
| 1 | ANNETTE L. HURST (Bar No. 148738) |
| 2 | ELISABETH R. BROWN (Bar No. 234879) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 4 | Telephone: +1.415.773.5700 |
|   | Facsimile:  +1.415.773.5759 |
| 5 | E-mail:     AHurst@Orrick.com |
|   |             EBrown@Orrick.com |
| 6 | |
| 7 | Attorneys for Defendant |
|   | JURGEN WEICHERT |

ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: +1.415.773.5700
Facsimile:  +1.415.773.5759
E-mail:     AHurst@Orrick.com
            EBrown@Orrick.com

Attorneys for Defendant
JURGEN WEICHERT

*E-FILED - 10/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRIALPAY, INC., a Delaware Corporation | Case No.: 5:08-CV-04309-RMW |
| Plaintiff, | |
| v. | **STIPULATION AND []** |
|  | **ORDER EXTENDING TIME FOR** |
| DEAL UNITED GmbH, a German corporation, JURGEN WEICHERT, individually, and DOES 1 through 100, INCLUSIVE, | **DEFENDANT JURGEN WEICHERT TO ANSWER OR RESPOND TO FIRST AMENDED COMPLAINT** |
| Defendants. | |

Defendant Jurgen Weichert ("Defendant Weichert") and Plaintiff TrialPay, Inc. ("Plaintiff" or "TrialPay"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS the above-captioned action was removed to the Northern District of California on September 12, 2008;

WHEREAS, Plaintiff filed a First Amended Complaint on October 9, 2008;

WHEREAS Defendant Weichert's response to the First Amended Complaint is due on October 24, 2008; and

WHEREAS, Plaintiff TrialPay agrees that Defendant Weichert may have up to and including November 7, 2008 to answer or otherwise respond to Plaintiff's First Amended Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendant Weichert may have up to and including November 7, 2008 to answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

Dated:     October 22, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP


                                     /s/ *Annette L. Hurst*
                                     ─────────────────────────────
                                            ANNETTE L. HURST

                                     Attorneys for Defendant
                                     JURGEN WEICHERT

Dated:     October 22, 2008          REED SMITH LLP


/s/ *William R. Overend*
    WILLIAM R. OVEREND

Attorneys for Plaintiff
TRIALPAY, INC.

|   |   |
|---|---|
| 1 |  |
| 2 | [] ORDER |
| 3 | **IT IS HEREBY ORDERED** that Defendant Weichert may have up to and including |
| 4 | November 7, 2008 to answer or otherwise respond to Plaintiff's First Amended Complaint. |

Dated: October 28, 2008 _____ FOR
RONALD M. WHYTE
United States District Judge

4

**ATTESTATION OF E-FILED SIGNATURE**

I, Annette L. Hurst, attest that William Overend has read and approved the attached Stipulation and [Proposed] Order Extending Time For Defendant Jurgen Weichert To Answer First Amended Complaint.

/s/ *Annette L. Hurst*
ANNETTE L. HURST