ANNETTE L. HURST (Bar No. 148738)
ELISABETH R. BROWN (Bar No. 234879)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: +1.415.773.5700
Facsimile:  +1.415.773.5759
E-mail:      AHurst@Orrick.com
              EBrown@Orrick.com

Attorneys for Defendant
JURGEN WEICHERT

PAUL W. SUGARMAN (Bar No. 72854)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:      Paul.Sugarman@HellerEhrman.com

*E-FILED - 10/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRIALPAY, INC., a Delaware Corporation<br><br>                              Plaintiff,<br><br>        v.<br><br>DEAL UNITED GmbH, a German corporation,<br>JURGEN WEICHERT, individually, and DOES<br>1 through 100, INCLUSIVE,<br><br>                              Defendants. | Case No.: 5:08-CV-04309-RMW<br><br>**[] ORDER GRANTING<br>DEFENDANT JURGEN<br>WEICHERT'S NOTICE OF<br>SUBSTITUTION OF COUNSEL** |

Heller
Ehrman LLP

1    **IT IS HEREBY ORDERED THAT** the substitution of counsel for

2   Defendant Jurgen Weichert, Annette L. Hurst (State Bar No. 148738) and Elisabeth R.

3   Brown (State Bar No. 234879), now of Orrick, Herrington & Sutcliffe LLP, 405 Howard

4   Street, San Francisco, CA  94105, (415) 773-5700, who are retained counsel, as attorneys of

5   record in place and instead of Heller Ehrman LLP, 333 Bush St., San Francisco, California

6   94104, (415) 772-6000 is **HEREBY APPROVED**.

7

8   Dated October 28, 2008.                                                                 FOR

9                                                 RONALD M. WHYTE
                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Heller
Ehrman LLP    28

[] ORDER GRANTING NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO.: 5:08-CV-04309-RMW